UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN THE MATTER OF THE SEARCH OF:
USPS Priority Express Mail Parcel
# EL 526 838 395 US

No. <u>17-MJ-1004</u>

## MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT

The United States of America, by and through Jack Smith, Acting United States Attorney, and Ahmed A. Safeeullah, Assistant United States Attorney, hereby moves this Court to unseal the search warrant and affidavit in this case.

The search warrant and affidavit are related to an investigation into Lamount Thomas and Cornelius Gillespie. Both Thomas and Gillespie have been charged and arrested in Middle District of Tennessee Case No. 1:17-cr-00003. Because the defendants are in custody, the government does not believe an unsealed search warrant and affidavit will compromise the investigation or result in the defendants' flight.

WHEREFORE, the United States respectfully requests the search warrant and affidavit be unsealed as described in the attached proposed Order.

Respectfully submitted,

JACK SMITH
Acting United States Attorney
Middle District of Tennessee

Ahmed A. Safeeullah
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151